**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6058**

TRAVIS MCCLINTON LEWIS,

        Plaintiff – Appellant,

    v.

MS. JEHUA, LPN; SETH WIREKOH, LPN; EDWARD ADUSEI, LPN;
OFFICER WEAKLEY, Guard,

        Defendants – Appellees,

    and

MS. WALLACE, Ombudsman,

        Defendant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Mark S. Davis, District
Judge. (2:08-cv-00398-MSD-DEM)

Submitted:  April 21, 2011        Decided:  April 27, 2011

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Travis McClinton Lewis, Appellant Pro Se. Lisa H. Leiner,
HARMAN, CLAYTOR, CORRIGAN & WELLMAN, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis McClinton Lewis appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Lewis v. Jehua, No. 2:08-cv-00398-MSD-DEM (E.D. Va. Dec. 14, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED